1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8    Stanson Kee Joe,                    )    No.  CV-24-08003-PCT-SPL
                                         )
9                          Petitioner,   )
                                         )    **ORDER**
10   vs.                                 )
                                         )
11                                       )
     Ryan Thornell, et al.,              )
12                                       )
                                         )
13                         Respondents.  )
                                         )
14   _____ )

15        Petitioner Stanson Kee Joe has filed a Petition for Writ of Habeas Corpus pursuant

16   to 28 U.S.C. § 2254 (Doc. 1). The Honorable Camille D. Bibles, United States Magistrate

17   Judge, issued a Report and Recommendation ("R&R") (Doc. 26), recommending that the

18   Court deny the Petition. Judge Bibles advised the parties that they had fourteen (14) days

19   to file objections to the R&R and that failure to file timely objections could be considered

20   a waiver of the right to obtain review of the R&R. (Doc. 26 at 22) (citing 28 U.S.C. §

21   636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th

22   Cir. 2003)).

23        The parties did not file objections, which relieves the Court of its obligation to

24   review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

25   (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

26   not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

27   determine de novo any part of the magistrate judge's disposition that has been properly

28   objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.

The Court will adopt the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1.    That Magistrate Judge Camille D. Bibles's Report and Recommendation (Doc. 26) is **accepted** and **adopted** by the Court;

2.    That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **denied** and **dismissed with prejudice**;

3.    That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

4.    That the Clerk of Court shall **terminate** this action.

Dated this 21st day of July, 2025.

Honorable Steven P. Logan
United States District Judge